EXHIBIT A

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

v

APRIL NEWMAN-CALLAHAN


2010KN043951

STATE OF NEW YORK
COUNTY OF KINGS

DETECTIVE MICHAEL A FAHMY SHIELD NO.1434, OF 740 COMMAND SAYS THAT ON OR ABOUT JUNE 01,2010 AT APPROXIMATELY 10:00 PM AT 38 WINTHROP STREET, APT 4B COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 220.16(1)         CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN
                     THE THIRD DEGREE (DQO)
PL 220.03            CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN
                     THE SEVENTH DEGREE

IN THAT THE DEFENDANT DID:

KNOWINGLY AND UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE; KNOWINGLY AND UNLAWFULLY POSSESS A NARCOTIC DRUG WITH INTENT TO SELL IT.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT STATES, THAT, AT THE FIRST ABOVE TIME AND PLACE, DEPONENT OBSERVED DEFENDANT IN POSSESSION OF 4 PLASTIC TWISTS OF CRACK COCAINE IN THAT DEPONENT RECOVERED SAID PLASTIC TWISTS FROM A DRESSER INSIDE A BEDROOM LOCATED INSIDE THE ABOVE LOCATION, A RESIDENTIAL BUILDING.

DEPONENT FURTHER STATES THAT DEPONENT HAS HAD PROFESSIONAL TRAINING AS A POLICE OFFICER IN THE IDENTIFICATION OF CRACK COCAINE, HAS PREVIOUSLY MADE ARRESTS FOR THE CRIMINAL POSSESSION OF THE ABOVED-NAMED CONTROLLED SUBSTANCE AND HAS PREVIOUSLY SEIZED THE ABOVED-NAMED CONTROLLED SUBSTANCE WHICH WAS DETERMINED TO BE SUCH BY THE POLICE DEPARTMENT LABORATORY, AND THE SUBSTANCE IN THIS CASE POSSESSES THE SAME PHYSICAL CHARACTERISTICS AS SUCH PREVIOUSLY CHEMICALLY IDENTIFIED DRUG; AND THAT THE INFORMANT IS FAMILIAR WITH THE COMMON METHODS OF PACKAGING CRACK COCAINE AND THE PACKAGING OF THE PLASTIC TWIST IS THE SAME TYPE OF PACKAGING COMMONLY USED TO PACKAGE CRACK COCAINE.

DEPONENT FURTHER STATES THAT DEPONENT DID RECOVER THE ABOVE MENTIONED 4 PLASTIC TWISTS ON TOP OF THE DRESSER AT THE ABOVE LOCATION DEFENDANT CONTAINING A QUANTITY OF THE CRACK COCAINE.

DEPONENT FURTHER STATES THAT DEPONENT IS INFORMED BY DEFENDANT'S OWN STATEMENTS THAT DEFENDANT LIVES AT THE ABOVE LOCATION ALONG WITH ANTHONY JONES (ARREST NUMBER K10652995).

THE DEPONENT STATES, THAT, AT THE SAME ABOVE MENTIONED TIME AND PLACE, DEPONENT OBSERVED DEFENDANT IN POSSESSION OF AN ADDITIONAL 22 PLASTIC TWISTS OF CRACK COCAINE IN THAT DEPONENT RECOVERED SAID PLASTIC TWISTS FROM A NIGHT STAND INSIDE THE SAME ABOVE MENTIONED BEDROOM AT THE ABOVE LOCATION.

DEPONENT FURTHER STATES THAT DEPONENT HAS HAD PROFESSIONAL TRAINING AS A POLICE OFFICER IN THE IDENTIFICATION OF CRACK COCAINE, HAS PREVIOUSLY MADE ARRESTS FOR THE CRIMINAL POSSESSION OF THE ABOVED-NAMED CONTROLLED SUBSTANCE AND HAS PREVIOUSLY SEIZED THE ABOVED-NAMED CONTROLLED SUBSTANCE WHICH WAS DETERMINED TO BE SUCH BY THE POLICE DEPARTMENT LABORATORY, AND THE SUBSTANCE IN THIS CASE POSSESSES THE SAME PHYSICAL CHARACTERISTICS AS SUCH PREVIOUSLY CHEMICALLY IDENTIFIED DRUG; AND THAT THE INFORMANT IS FAMILIAR WITH THE COMMON METHODS OF PACKAGING CRACK COCAINE AND THE PLASTIC TWIST IS THE SAME TYPE OF PACKAGING COMMONLY USED TO PACKAGE PLASTIC TWISTS OF CRACK COCAINE.

2010KN043951

6/2/2010 12:54:23 PM                    K10652957    Arrested 06/01/2010 15:00

NYC000028

Continued from Previous Page (P2) APRIL NEWMAN-CALLAHAN

DEPONENT FURTHER STATES THAT DEPONENT DID RECOVER 22 PLASTIC TWISTS INSIDE THE NIGHT STAND AT THE ABOVE LOCATION DEFENDANT CONTAINING A QUANTITY OF THE CRACK COCAINE.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

DATE 6/2/10    SIGNATURE