## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the foregoing pleading was furnished by operation of the Court's Electronic Case Filing System on counsel of record in case on this 21st day of February, 2012.

/s/ Terence J. Sweeney
Terence J. Sweeney
